Judge Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br><br> JUAN MEDINA-SANCHEZ, and <br> HUMBERTO MARTINEZ-CASTRO, <br><br> Defendants. | No. CR09-282RAJ <br><br><br> ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to fugitive Defendant Juan Medina-Sanchez and fugitive Defendant Humberto Martinez-Castro.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case are dismissed, without prejudice.

The outstanding warrant shall be quashed.

DATED this 25th day of September, 2019.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

*Order of Dismissal* -- 1
*United States v. Juan Medina-Sanchez and Humberto Martinez-Castro*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970